**ERRATA**

<u>Rockwell Automation, Inc. v. United States</u>, Court Nos. 05-00269, *et al*., Slip Op. 14-96, dated Aug. 18, 2014.

Page 5:         In line six, replace "USCIT R. 6(b)(1)(B);" with "*Id*.;".

Page 5:         In line six of the first indented paragraph, replace "(quoting <u>Marsh v. Richardson</u>, 873 F.2d 129, 130 (6th Cir. 1989))," with "(citation omitted) (internal quotation marks omitted),".

Page 6:         In line one, replace "pp. 531-32" with "pp. 523-32".

Page 6:         In line two of the first indented paragraph, replace "<u>Pioneer Inv. Services v. Brunswick Associates</u>," with <u>Pioneer Inv. Services  Co. v. Brunswick Associates Ltd. Partnership</u>,".

Page 6:         In line seven of the first indented paragraph, replace "<u>Pioneer</u>, 507" with "*Id*., 507".

Page 7:         In line three of the second indented paragraph, replace "(March 31, 2014)" with "(April 1, 2014)".

Page 8:         In line one, replace "a timely motion for an extension" with "timely motions for extensions of time".

Page 8:         In line eight, replace "the office of the clerk" with "the Office of the Clerk".

Page 8:         In line seven of the first indented paragraph, replace "<u>Gadsden v. Jones Lang LaSalle Americas</u>," with "<u>Gadsden v. Jones Lang LaSalle Americas, Inc.</u>,".

Page 9:         In line 12 of the first indented paragraph, replace "<u>Krantz v. Nissan North America, Inc.</u>," with "<u>Krantz, Inc. v. Nissan North America, Inc.</u>,".

Page 10:        In line 10 of the first paragraph of footnote five, replace "<u>DeMint v. NationsBank Corp.</u>," with "<u>Demint v. NationsBank Corp.</u>,".

Page 11:        In line six, replace "Order to Show Cause at 1;" with "*id*.;".

Page 11:        In line four of the first indented paragraph, replace "(April 20, 2007)" with "(April 20, 2007),".

Page 13:        In the penultimate line of the first indented paragraph, replace "Order to Show Cause" with "*id*.".

Page 14:        In line 19 of footnote 7, replace "that "Courts" with "that "[c]ourts".

-2-

Page 14:        In lines six to seven of footnote 8, replace "<u>Link v. Wabash R.R. Co.</u>," with "<u>Link v. Wabash R.R.</u>,".

Page 16:        In the last line of the first indented paragraph, replace "Pl.'s Supp. Brief" with "Pl.'s Response to Show Cause Order".

Page 16:        In line two of the second indented paragraph, delete "Rockwell's counsel for".

Page 17:        In line six of the second paragraph of footnote 10, replace "Pl.'s Supp. Brief at iii" with "*id*. at iii".

Page 17:        In line 13 of the second paragraph of footnote 10, replace "Pl.'s Supp. Brief at 12" with "*id*. at 12".

Page 18:        In lines one to two, replace "Pl.'s Supp. Brief at 11-18." with "*id*.".

Page 18:        In line five of the fifth paragraph of footnote 10, replace "office of the clerk of the court" with "Office of the Clerk of the Court".

Page 21:        In the last line of footnote 12, replace "at issue")." with "at issue'") (citation omitted).".

Page 27:        In the last line of the first indented paragraph, replace "<u>Farthing v. City of Shawnee</u>, 1994 WL 68715 * 1-*2 (D. Kan. 1994))." with "<u>Farthing v. City of Shawnee, Kansas</u>, 1994 WL 68715 * 1-2 (D. Kan. 1994), *aff'd*, 39 F.3d 1131 (10th Cir. 1994)).".

Page 28:        In line two of the first paragraph of footnote 20, replace "office of the clerk" with "Office of the Clerk".

Page 29:        In line six, replace "disregard [for]" with "disregard . . . [for]".

Page 29:        In line 14 of the second paragraph of footnote 20, replace "(emphasis added)" with "(emphases added)".

Page 29:        In line 15 of the second paragraph of footnote 20, replace "(7th Cir. 1996)" with "(7th Cir. 1996)".

Page 29:        In line seven of footnote 21, replace "<u>Caterpillar Inc. v. United States</u>, 22 CIT 1169, 1170 (1998)" with "<u>Caterpillar Inc.</u>, 22 CIT at 1170".

Page 30:        In line 11 of the first indented paragraph, replace "(April 20, 2007)" with "(April 20, 2007),".

-3-

Page 32:        In lines two to three, replace "a timely motion for an extension" with "timely motions for extensions".

Page 32:        In line three, replace "Pl.'s Supp. Brief" with "*id.*".

Page 32:        In line five, replace "a *timely* motion for an extension" with "*timely* motions for extensions".

Page 32:        In line four of the first indented paragraph, replace "a timely motion for an extension of time." with "timely motions for extensions of time.".

Page 33:        In line six of the first indented paragraph, replace "Selph v. Council of City of Los Angeles," with "Selph v. Council of Los Angeles,".

Page 33:        In line 14 of the first indented paragraph, replace "upheaval in his practice" at" with "upheaval in his law practice" at".

Page 34:        In line five of the first indented paragraph, replace "excusable neglect");" with "excusable neglect"), *aff'd*, 19 Fed. Appx. 340 (6th Cir. 2001);".

Page 34:        In line 14 of footnote 22, replace "Jones v. Giant of Maryland," with "Jones v. Giant of Maryland, LLC,".

Page 34:        In line 15 of footnote 22, replace "do not" with "does not".

Page 34:        In line 18 of footnote 22, replace "* 4" with "* 4-5".

Page 37:        In line two of footnote 23, replace "Okl." with "Okla.".

Page 37:        In line eight of footnote 23, replace "967 F. Supp." with "907 F. Supp.".

Page 37:        In lines three to four of the first indented paragraph, replace "United States v. $39,480.00," with "United States v. $39,480.00 in U.S. Currency,".

Page 40:        In the last line of the second indented paragraph, replace "Lowry," with "*See* Lowry,".

October 20, 2014